# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JO ANN GOTTSCHALL,<br>Plaintiff,<br><br>v.<br><br>READING EAGLE COMPANY,<br>Defendant. | CIVIL ACTION<br><br>NO. 11-5361 |

## ORDER

**AND NOW**, this 12th day of March 2013, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 26), Plaintiff's response in opposition thereto, Defendant's reply, the pleadings, exhibits, and record in this case, and for the reasons stated in the accompanying Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**